Joshua P. Moore

Pg(1) of 3

Case No: T.B.D
3:18-cv- 305-J-25JRK

Vs.

(1) Pasco County Sheriffs Office (et al.)
(2) Chris Nocco (Sheriff) (Individual & Official Capacity)
(3) Deputy Echevarria (Individual & Official Capacity)
(4) Deputy Lamoges (Individual & Official Capacity)
(5) Corporal Blesser (Individual & Official Capacity)
(6) Deputy Elswick (Individual & Official Capacity)
(7) Deputy Seman (Individual & Official Capacity)

[NOTICE OF INTENT TO FILE CLAIM.]

Comes now; the petitioner in the above styled action, Joshua P. Moore, to respectfully address this honorable court that he intends to file a claim against the Pasco County Sheriff's Office for damages he endured by the above defendants both physical and mental.

The Petitioner, a pre-trial detainee, with all the rights of a citizen of the State of Florida as well as the United States, was brutally beaten by the above defendants during a physical altercation at the Pasco County jailhouse.

Excessive use of force was apparent as defendants intentionally punched kicked and stomped the petitioner Joshua P. Moore into a state of unconsciousness.

Provided to Walton C.I. for Mailing
On 2-26-18
By (officer initials) AP

FILED
2018 MAR -1 PM 1:15
CLERK, US DISTRICT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

Pg(2)of(3)

Petitioner Moore, was documented as being held in Medical housing for Brain Hemoraging checks as well as Several Cuts, bruises, and abrasions he endured while being beaten in full hand and ankle restraints.

Petitioner is is in possession of Evidence to include

① Color Photographs documenting the severe injury to the Plaintiff taken by detective Cayer of the Pasco County Sheriffs office a day after the incident, on Camera in medical housing "J" wing.

② Brain Hemoraging reports taken every 2-4 hours for 72 hours. Obtained from the medical Dept at the Pasco County jail.

③ Witness Statements; written in good faith by inmates and deputies that observed the severity of injury and overheard the Petitioners cries for help.

④ Evidence of Tampering; to provide exclusive evidence that the Pasco Sheriffs office indeed proceeded to "Cover up" the severity of injury sustained by the Petitioner as well as the illegal, brutal and highly excessive physical assault the Petitioner sustained, by the defendants in question.

- - - - - - - - - - - - - - - - - - - -

The Petitioner intends to file for damages in the above styled cause against the Pasco Sheriffs Office & the employees named.

The Petitioner is seeking legal representation for this cause, As well as media attention.

- - - - - - - OATH - - - - - - -

I Declare that the Foregoing is true and correct to the best of my ability.

Pg(3) of (3)

Joshua P. Moore #R65935
Walton Correctional Institution
691 Institution Road
Defuniak Springs, FL 32433

x *Josh Moore*
  Pro-Se